544

Selma HEASLEY
v.
Arvel GLINZ et al.
No. 17343.

United States Court of Appeals
Eighth Circuit.
Aug. 28, 1963.

Bernard C. Lyons, Valley City, N. D., for appellant.

John O. Garaas, U. S. Atty., for appellee United States. Rittgers, Granner & Schlosser, Jamestown, N. D., for appellees Glinzs.

PER CURIAM.

Appeal from District Court dismissed on motion of appellee United States.

OTTER TAIL POWER CO.
v.
Han JENSEN, etc.
No. 17378.

United States Court of Appeals
Eighth Circuit.
Aug. 8, 1963.

Carleton R. Hoy, Sioux City, S. D., for appellant.

Dale E. Bradshaw, Watertown, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed on merits without costs to either party on stipulation of parties.

Joel JENKINS
v.
Lynn FETT.
No. 17423.

United States Court of Appeals
Eighth Circuit.
Aug. 22, 1963.

Joseph Phelan, Fort Madison, Iowa, Kevin D. Kelly, LaSalle, Ill., James A. Dorothy, Keosauqua, Iowa, and Patrick Life, Oskaloosa, Iowa, for appellant.

John E. McCracken, Davenport, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellee.

UNITED STATES
v.
MINNESOTA FARM BUREAU SE-
CURITIES, INC.
No. 17284.

United States Court of Appeals
Eighth Circuit.
Aug. 7, 1963.

Louis F. Oberdorfer, Asst. Atty. Gen., and John J. Connelly, Asst. U. S. Atty., for appellant.

Joseph A. Maun and Lawrence Hayes, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice on stipulation of parties.